THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK JUDE ABBOTT,<br><br>Defendant. | Case No. 2:20-CR-382<br><br>ORDER GRANTING LEAVE TO DISMISS INDICTMENT PER RULE 48(a)<br><br>Judge David Barlow |

Having considered the Stipulated Motion for Leave to Dismiss the Indictment Per Rule 48(a), and good cause appearing, the Court hereby GRANTS the motion and grants leave to the United States to dismiss the Indictment at ECF Docket No. 10 without prejudice.

DATED this 15th day of November, 2021.

BY THE COURT:

_____
The Honorable Judge Barlow
United States District Court Judge